NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAVIS M. WILLIAMS,                )
                                  )
          Appellant,              )
                                  )
v.                                )        Case Nos.    2D15-4639
                                  )                     2D16-2574
STATE OF FLORIDA,                 )
                                  )        CONSOLIDATED
          Appellee.               )
_____   )

Opinion filed February 15, 2017.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Ravis M. Williams, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        The circuit court's order in case 2D15-4639 is affirmed.  The petition for

writ of habeas corpus in case 2D16-2574 is denied.


SILBERMAN, CRENSHAW, and SALARIO, JJ., Concur.